# U.S. District Court
## Southern District of Iowa (Central)
## CRIMINAL DOCKET FOR CASE #: 4:22−cr−00176−SMR−HCA All Defendants
### *Internal Use Only*

Case title: USA v. Sharkey

Date Filed: 11/14/2022

Date Terminated: 02/07/2024

---

Assigned to: Chief Judge Stephanie
M. Rose
Referred to: Chief Magistrate Judge
Helen C. Adams

**Defendant (1)**

| | | |
|---|---|---|
| **Dontavius Rashaun Sharkey**<br>*TERMINATED: 02/07/2024*<br>*also known as*<br>Dontavius Rashawn Sharkey<br>*TERMINATED: 02/08/2024*<br>*also known as*<br>Dontavius Rashown Sharkey<br>*TERMINATED: 02/08/2024* | represented by | **Jonathan Marshall Causey**<br>CAUSEY & YE LAW, PLLC<br>2213 GRAND AVENUE<br>DES MOINES, IA 50312<br>515−381−0168<br>Fax: 515−214−1434<br>Email: jon@causeyyelawgroup.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **Nova Danielle Janssen**<br>FEDERAL PUBLIC DEFENDERS OFFICE<br>400 LOCUST STREET<br>SUITE 340<br>DES MOINES, IA 50309−2353<br>515−309−9610<br>Fax: 515−309−9625<br>Email: nova_janssen@fd.org<br>*TERMINATED: 02/06/2023*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| | 360 months of incarceration comprised of 180 months as to each of Counts Two, Three, and Five, to be served concurrently, plus 180 months as to Count Six, 120 months as to Count Seven, and 60 months as to Count Eight of the Superseding Indictment, with each of Counts Six, Seven, and Eight to be served concurrently to one another and consecutively to the sentences imposed as to Counts Two, Three, and Five of SDIA 4:22−cr−00176−SMR−HCA−1. This sentence shall also run consecutively with 24 months imprisonment as to the supervised release revocation for SDIA Docket Number 4:16−cr−00100−001. A Three−year term of supervised release to follow as to of Counts Two, Three, Five, Six, Seven, and Eight of the Superseding Indictment in IASD 4:22−cr−00176−SMR−HCA−1, to be served concurrently. $600 Special Assessment. |
| STRAW PURCHASING OF FIREARMS 18:932(b)(1), 932(c)(1)<br>Straw Purchasing Conspiracy<br>(2s) | |

| | |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. 18:922(g)(1), 924(a)(8) Felon in Possession of a Firearm<br><br>(3s) | 360 months of incarceration comprised of 180 months as to each of Counts Two, Three, and Five, to be served concurrently, plus 180 months as to Count Six, 120 months as to Count Seven, and 60 months as to Count Eight of the Superseding Indictment, with each of Counts Six, Seven, and Eight to be served concurrently to one another and consecutively to the sentences imposed as to Counts Two, Three, and Five of SDIA 4:22–cr–00176–SMR–HCA–1. This sentence shall also run consecutively with 24 months imprisonment as to the supervised release revocation for SDIA Docket Number 4:16–cr–00100–001. A Three–year term of supervised release to follow as to of Counts Two, Three, Five, Six, Seven, and Eight of the Superseding Indictment in IASD 4:22–cr–00176–SMR–HCA–1, to be served concurrently. $600 Special Assessment. |
| STRAW PURCHASING OF FIREARMS 18:932(b)(1), 932(c)(1) Straw Purchasing Conspiracy<br><br>(5s) | 360 months of incarceration comprised of 180 months as to each of Counts Two, Three, and Five, to be served concurrently, plus 180 months as to Count Six, 120 months as to Count Seven, and 60 months as to Count Eight of the Superseding Indictment, with each of Counts Six, Seven, and Eight to be served concurrently to one another and consecutively to the sentences imposed as to Counts Two, Three, and Five of SDIA 4:22–cr–00176–SMR–HCA–1. This sentence shall also run consecutively with 24 months imprisonment as to the supervised release revocation for SDIA Docket Number 4:16–cr–00100–001. A Three–year term of supervised release to follow as to of Counts Two, Three, Five, Six, Seven, and Eight of the Superseding Indictment in IASD 4:22–cr–00176–SMR–HCA–1, to be served concurrently. $600 Special Assessment. |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. 18:922(g)(1), 924(a)(8) Felon in Possession of a Firearm<br><br>(6s) | 360 months of incarceration comprised of 180 months as to each of Counts Two, Three, and Five, to be served concurrently, plus 180 months as to Count Six, 120 months as to Count Seven, and 60 months as to Count Eight of the Superseding Indictment, with each of Counts Six, Seven, and Eight to be served concurrently to one another and consecutively to the sentences imposed as to Counts Two, Three, and Five of SDIA 4:22–cr–00176–SMR–HCA–1. This sentence shall also run consecutively with 24 months imprisonment as to the supervised release revocation for SDIA Docket Number 4:16–cr–00100–001. A Three–year term of supervised release to follow as to of Counts Two, Three, Five, Six, Seven, and Eight of the Superseding Indictment in IASD 4:22–cr–00176–SMR–HCA–1, to be served concurrently. $600 Special Assessment. |
| VIOLENT CRIME/DRUGS/MACHINE GUN 18:922(o), 924(a)(2) Illegal Possession of a Machinegun<br><br>(7s) | 360 months of incarceration comprised of 180 months as to each of Counts Two, Three, and Five, to be served concurrently, plus 180 months as to Count Six, 120 months as to Count Seven, and 60 months as to Count Eight of the Superseding Indictment, with each of Counts Six, |

| | |
|---|---|
| | Seven, and Eight to be served concurrently to one another and consecutively to the sentences imposed as to Counts Two, Three, and Five of SDIA 4:22–cr–00176–SMR–HCA–1. This sentence shall also run consecutively with 24 months imprisonment as to the supervised release revocation for SDIA Docket Number 4:16–cr–00100–001. A Three–year term of supervised release to follow as to of Counts Two, Three, Five, Six, Seven, and Eight of the Superseding Indictment in IASD 4:22–cr–00176–SMR–HCA–1, to be served concurrently. $600 Special Assessment. |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. 18:922(k), 924(a)(1)(B) Possession of a Firearm with Obliterated Serial Number (8s) | 360 months of incarceration comprised of 180 months as to each of Counts Two, Three, and Five, to be served concurrently, plus 180 months as to Count Six, 120 months as to Count Seven, and 60 months as to Count Eight of the Superseding Indictment, with each of Counts Six, Seven, and Eight to be served concurrently to one another and consecutively to the sentences imposed as to Counts Two, Three, and Five of SDIA 4:22–cr–00176–SMR–HCA–1. This sentence shall also run consecutively with 24 months imprisonment as to the supervised release revocation for SDIA Docket Number 4:16–cr–00100–001. A Three–year term of supervised release to follow as to of Counts Two, Three, Five, Six, Seven, and Eight of the Superseding Indictment in IASD 4:22–cr–00176–SMR–HCA–1, to be served concurrently. $600 Special Assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. 18:922(g)(1), 924(a)(8) Felon in Possession of a Firearm (1) | Superseded. |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. 18:922(g)(1), 924(a)(2) Felon in Possession of a Firearm and Ammunition (1s) | Acquitted by Jury |
| VIOLENT CRIME/DRUGS/MACHINE GUN 18:922(o), 924(a)(2) Illegal Possession of a Machinegun (2) | Superseded. |
| SELL DEFACED FIREARMS 18:922(k), 924(a)(1)(B) Possession of a Firearm with Obliterated Serial Number (3) | Superseded. |
| STRAW PURCHASING OF FIREARMS 18:932(b)(1), 932(c)(1) Straw Purchasing Conspiracy | Acquitted by Jury |

(4s)

**Highest Offense Level**
**(Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**                                   represented by  **Adam J. Kerndt**
UNITED STATES ATTORNEY'S
OFFICE – DSM
110 E COURT AVE
SUITE 286
DES MOINES, IA 50309
515–473–9300
Fax: 515–473–9292
Email: Adam.Kerndt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government – Federal*

**Kristin M. Herrera**
UNITED STATES ATTORNEY'S
OFFICE – DSM
110 E COURT AVE
SUITE 286
DES MOINES, IA 50309
515–473–9300
Fax: 515–473–9292
Email: kristin.herrera@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government – Federal*

**MacKenzie Benson Tubbs**
UNITED STATES ATTORNEY'S
OFFICE – DSM
110 E COURT AVE
SUITE 286
DES MOINES, IA 50309
515–473–9300
Fax: 515–473–9292
Email: mackenzie.benson.tubbs@usdoj.gov
*TERMINATED: 09/15/2023*
*Designation: Government – Federal*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2022 | | Judge update in case as to Dontavius Rashaun Sharkey. Chief Judge Stephanie M. Rose and Chief Magistrate Judge Helen C. Adams added. (kmp) (Entered: 11/15/2022) |
| 11/15/2022 | 1 | SEALED INDICTMENT as to Dontavius Rashaun Sharkey (1) count(s) 1, 2, 3. (mrc) (Entered: 11/15/2022) |
| 11/15/2022 | 2 | REDACTED INDICTMENT by USA as to Dontavius Rashaun Sharkey. (mrc) (Entered: 11/15/2022) |
| 11/15/2022 | 3 | TEXT Minute Entry for proceedings held before Magistrate Judge Ross A Walters(R): Grand Jury Presentment as to Dontavius Rashaun Sharkey held on 11/15/2022. Secret. |

Appellate Case: 24-1294    Page: 4    Date Filed: 02/14/2024 Entry ID: 5363520

| | | |
|---|---|---|
| | | Warrant to be issued. Government requested detention. AUSA present Craig P. Gaumer. CRD: kmp. Time in Court 2:30 p.m. − 2:35 p.m. (mrc) (Entered: 11/15/2022) |
| 11/17/2022 | 6 | TEXT ORDER as to Dontavius Rashaun Sharkey. Initial Appearance and Arraignment set for 11/28/2022 at 02:30 PM in Des Moines − Room 455 − 4th Floor South before Chief Magistrate Judge Helen C. Adams. Signed by Chief Magistrate Judge Helen C. Adams on 11/17/2022. (k) (Entered: 11/17/2022) |
| 11/18/2022 | 7 | NOTICE OF ATTORNEY APPEARANCE: FPD Nova Danielle Janssen appearing for Dontavius Rashaun Sharkey (Janssen, Nova) (Entered: 11/18/2022) |
| 11/18/2022 | 8 | MOTION to Appoint Additional Counsel as to Dontavius Rashaun Sharkey. Motions referred to Helen C. Adams. (Janssen, Nova) (Entered: 11/18/2022) |
| 11/21/2022 | 9 | ORDER granting 8 Motion to Appoint Additional Counsel. Jonathan Causey appointed as additional counsel as to Dontavius Rashaun Sharkey (1). Signed by Chief Magistrate Judge Helen C. Adams on 11/21/2022. (k) (Entered: 11/21/2022) |
| 11/22/2022 | 10 | NOTICE OF ATTORNEY APPEARANCE 2ND CHAIR: Jonathan Marshall Causey appearing as co−counsel for Dontavius Rashaun Sharkey (Causey, Jonathan) (Entered: 11/22/2022) |
| 11/28/2022 | 11 | PROPOSED Stipulated Discovery and Protective Order by USA as to Dontavius Rashaun Sharkey. (Herrera, Kristin) (Entered: 11/28/2022) |
| 11/28/2022 | 12 | STIPULATED DISCOVERY AND PROTECTIVE ORDER as to Dontavius Rashaun Sharkey. Signed by Chief Magistrate Judge Helen C. Adams on 11/28/2022. (k) (Entered: 11/28/2022) |
| 11/28/2022 | 13 | Minute Entry for proceedings held before Chief Magistrate Judge Helen C. Adams: Initial Appearance as to Defendant Dontavius Rashaun Sharkey held on 11/28/2022. Attorney Jonathan Marshall Causey for defendant. (Court Reporter FTR Gold.) (kmp) (Entered: 11/28/2022) |
| 11/28/2022 | 14 | Minute Entry for proceedings held before Chief Magistrate Judge Helen C. Adams: Arraignment as to Dontavius Rashaun Sharkey (1) Count 1,2,3 held on 11/28/2022. (Court Reporter FTR Gold.) (kmp) (Entered: 11/28/2022) |
| 11/28/2022 | 15 | TEXT ORDER SETTING TRIAL as to Dontavius Rashaun Sharkey: Jury Trial set for 1/30/2023 at 09:00 AM in Des Moines − Room 145 − 1st Floor South before Chief Judge Stephanie M. Rose. Discovery Deadline 12/8/2022. Reciprocal Discovery due by 12/19/2022. Pretrial Motion Deadline 1/9/2023. Plea Entry due by 1/13/2023. Signed by Chief Magistrate Judge Helen C. Adams on 11/28/2022. (kmp) (Entered: 11/28/2022) |
| 11/28/2022 | 16 | CJA 23 Financial Affidavit as to Dontavius Rashaun Sharkey. (kmp) (Entered: 11/28/2022) |
| 11/28/2022 | 17 | ORDER FOR APPOINTMENT OF COUNSEL as to Dontavius Rashaun Sharkey. Signed by Chief Magistrate Judge Helen C. Adams on 11/28/2022. (kmp) (Entered: 11/28/2022) |
| 11/28/2022 | 18 | RULE 5 ORDER as to Dontavius Rashaun Sharkey. Signed by Chief Magistrate Judge Helen C. Adams on 11/28/2022. (kmp) (Entered: 11/28/2022) |
| 11/28/2022 | 19 | ORAL MOTION for Detention by USA as to Dontavius Rashaun Sharkey. (kmp) (Entered: 11/28/2022) |
| 11/28/2022 | 20 | ORDER OF DETENTION PENDING TRIAL and granting 19 Oral Motion for Detention by USA as to Dontavius Rashaun Sharkey (1). Signed by Chief Magistrate Judge Helen C. Adams on 11/28/2022. (kmp) (Entered: 11/28/2022) |
| 11/29/2022 | 21 | Bail/Bond Report (Sealed) as to Dontavius Rashaun Sharkey. (Johnson, Jennifer) (Entered: 11/29/2022) |
| 12/08/2022 | 22 | PROPOSED Stipulated Discovery and Protective Order by USA as to Dontavius Rashaun Sharkey. (Herrera, Kristin) (Entered: 12/08/2022) |

| 12/27/2022 | 23 | STIPULATED DISCOVERY AND PROTECTIVE ORDER as to Dontavius Rashaun Sharkey. Signed by Chief Magistrate Judge Helen C. Adams on 12/27/2022. (amp) (Entered: 12/27/2022) |
|---|---|---|
| 12/29/2022 | 24 | Errata re 22 Proposed Stipulated Discovery and Protective Order filed by USA (Herrera, Kristin) (Entered: 12/29/2022) |
| 12/29/2022 | 25 | Errata re 11 Proposed Stipulated Discovery and Protective Order filed by USA (Herrera, Kristin) (Entered: 12/29/2022) |
| 12/29/2022 | 26 | STIPULATED DISCOVERY AND PROTECTIVE ORDER re 22 , 23 as to Dontavius Rashaun Sharkey. Signed by Chief Magistrate Judge Helen C. Adams on 12/29/2022. (amp) (Main Document 26 replaced on 12/29/2022 to correct signature date) (kmp). (Entered: 12/29/2022) |
| 12/29/2022 | 27 | STIPULATED DISCOVERY AND PROTECTIVE ORDER re: 11 , 12 as to Dontavius Rashaun Sharkey. Signed by Chief Magistrate Judge Helen C. Adams on 12/29/2022. (amp) (Main Document 27 replaced on 12/29/2022 to correct signature date) (kmp). (Entered: 12/29/2022) |
| 01/05/2023 | 28 | First MOTION to Continue Trial *and Deadlines* as to Dontavius Rashaun Sharkey. (Causey, Jonathan) (Entered: 01/05/2023) |
| 01/06/2023 | 29 | ORDER granting 28 Unresisted Motion to Continue Trial as to Dontavius Rashaun Sharkey. Jury Trial is set for 4/10/2023 at 09:00 AM in Des Moines – Room 145 – 1st Floor South before Chief Judge Stephanie M. Rose. Pretrial Motion Deadline 3/13/2023. Plea Notification due by 3/20/2023. Plea Entry due by 3/27/2023. Signed by Chief Judge Stephanie M. Rose on 1/6/2023. (mkh) (Entered: 01/06/2023) |
| 02/06/2023 | 30 | MOTION for Withdrawal of Attorney as to Dontavius Rashaun Sharkey. Motions referred to Helen C. Adams. (Janssen, Nova) (Entered: 02/06/2023) |
| 02/06/2023 | 31 | TEXT ORDER granting 30 Motion to Withdraw as Attorney. The Clerk may terminate the appearance of Attorney Nova Janssen as counsel for defendant Dontavius Rashawn Sharkey. The Court notes Attorney Jonathan Causey remains as CJA counsel for Defendant. Signed by Chief Judge Stephanie M. Rose on 2/6/2023. (mkh) (Entered: 02/06/2023) |
| 02/14/2023 | 32 | Second MOTION to Continue Trial *Unresisted* as to Dontavius Rashaun Sharkey. Motions referred to Helen C. Adams. (Causey, Jonathan) (Entered: 02/14/2023) |
| 02/15/2023 | 33 | ORDER CONTINUING TRIAL, granting 32 Motion to Continue Trial as to Dontavius Rashaun Sharkey (1). Jury Trial set for 6/26/2023 at 09:00 AM in Des Moines – Room 145 – 1st Floor South before Chief Judge Stephanie M. Rose. Pretrial Motion Deadline 4/26/2023. Plea Notification due by 5/19/2023. Plea Entry due by 5/26/2023. Signed by Chief Magistrate Judge Helen C. Adams on 2/15/2023. (k) (Entered: 02/15/2023) |
| 03/13/2023 | 34 | LETTER from Dontavius Rashaun Sharkey to the Court. (mkh) (Entered: 03/13/2023) |
| 04/11/2023 | 35 | LETTER from Dontavius Rashaun Sharkey to the Court. (sml) (Entered: 04/11/2023) |
| 04/14/2023 | 38 | Third MOTION to Continue Trial *Unresisted* as to Dontavius Rashaun Sharkey. Motions referred to Helen C. Adams. (Causey, Jonathan) (Entered: 04/14/2023) |
| 04/20/2023 | 39 | TEXT ORDER denying without prejudice 38 Unresisted Motion to Continue Trial as to Dontavius Rashaun Sharkey. The Court will consider a renewed motion after the plea notification deadline of May 19, 2023 has passed. All trial related deadlines and trial remain as previously scheduled. Signed by Chief Judge Stephanie M. Rose on 4/20/2023. (mkh) (Entered: 04/20/2023) |
| 04/25/2023 | 40 | First MOTION to Dismiss *Counts 1 and 3 on constitutional grounds* as to Dontavius Rashaun Sharkey. Responses due by 5/2/2023. (Causey, Jonathan) (Entered: 04/25/2023) |
| 04/27/2023 | 41 | MOTION for Leave to File Overlength Brief by USA as to Dontavius Rashaun Sharkey. Motions referred to Helen C. Adams. Responses due by 5/4/2023. (Attachments: # 1 Brief in Support)(Herrera, Kristin) (Entered: 04/27/2023) |

| 04/27/2023 | 42 | TEXT ORDER granting 41 Motion for Leave to File Overlength Brief as to Dontavius Rashaun Sharkey (1). Government may file their Overlength Brief. the Clerk's Office may file the brief to the docket. Signed by Chief Magistrate Judge Helen C. Adams on 4/27/2023. (pll) Modified on 4/27/2023 to include clerk's office may file. (pll). (Entered: 04/27/2023) |
|---|---|---|
| 04/28/2023 | 43 | RESPONSE in Opposition/Resistance by USA as to Dontavius Rashaun Sharkey re 40 First MOTION to Dismiss *Counts 1 and 3 on constitutional grounds*. Replies due by 5/5/2023. (tae) (Entered: 04/28/2023) |
| 05/03/2023 | 44 | REPLY TO RESPONSE to Motion by Dontavius Rashaun Sharkey re 41 MOTION for Leave to File Overlength Brief , 40 First MOTION to Dismiss *Counts 1 and 3 on constitutional grounds* (Causey, Jonathan) (Entered: 05/03/2023) |
| 05/09/2023 | 45 | LETTER from Dontavius Rashaun Sharkey to the Court. (kmp) (Entered: 05/09/2023) |
| 05/15/2023 | 46 | TEXT ORDER SETTING HEARING re 45 Defendant Dontavius Rashaun Sharkey's Letter to the Court. A Pro Se Faretta Hearing is set for 5/22/2023 at 11:00 AM in Des Moines – Room 145 – 1st Floor South before Chief Judge Stephanie M. Rose. Signed by Chief Judge Stephanie M. Rose on 5/15/2023. (mkh) (Entered: 05/15/2023) |
| 05/22/2023 | 47 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Hearing re Pro Se Status as to Dontavius Rashaun Sharkey held on 5/22/2023. (Court Reporter Kelli Mulcahy.) (kmc) (Entered: 05/22/2023) |
| 05/25/2023 | 48 | TEXT ORDER SETTING TELEPHONIC STATUS CONFERENCE WITH COUNSEL ONLY as to Dontavius Rashaun Sharkey. Status Conference is set for 5/26/2023 at 09:45 AM by Phone Hearing. Counsel shall call 1–888–808–6929 and enter code 2486346. Hearing will be held before Chief Judge Stephanie M. Rose. Signed by Chief Judge Stephanie M. Rose on 5/25/2023. (mkh) (Entered: 05/25/2023) |
| 05/26/2023 | 49 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Status Conference as to Dontavius Rashaun Sharkey held on 5/26/2023. (Court Reporter Kelli Mulcahy.) (kjs) (Entered: 05/26/2023) |
| 05/26/2023 | 50 | ORDER TO CONTINUE – Ends of Justice as to Defendant Dontavius Rashaun Sharkey. Jury Trial is set for 10/2/2023 at 09:00 AM in Des Moines – Room 145 – 1st Floor South before Chief Judge Stephanie M. Rose. This is a firm trial. Pretrial Motion Deadline 9/5/2023. Plea Notification due by 9/11/2023. Plea Entry due by 9/18/2023. Final Pretrial Conference is set for 9/26/2023 at 11:00 AM in Des Moines – Room 145 – 1st Floor South before Chief Judge Stephanie M. Rose. An additional Final Pretrial Conference is set for 10/2/2023 at 08:30 AM in Des Moines – Room 145 – 1st Floor South before Chief Judge Stephanie M. Rose. Signed by Chief Judge Stephanie M. Rose on 5/26/2023. (mkh) (Entered: 05/26/2023) |
| 06/02/2023 | 51 | NOTICE *of Subsequent Authority* as to Dontavius Rashaun Sharkey re 43 Response in Opposition/Resistance (Herrera, Kristin) (Entered: 06/02/2023) |
| 06/07/2023 | 52 | Supplement re 40 MOTION to Dismiss Counts 1 and 3 on constitutional grounds as to Defendant Dontavius Rashaun Sharkey. (Attachments: # 1 Supplement 3rd Circuit Range en banc)(Causey, Jonathan) Modified on 6/8/2023 to link to Motion (kmp). (Entered: 06/07/2023) |
| 06/13/2023 | 53 | SEALED SUPERSEDING INDICTMENT as to Dontavius Rashaun Sharkey (1) count(s) 1s, 2s, 3s, 4s–5s, 6s, 7s, 8s. (kmp) Modified on 6/22/2023 to add superseding (mrc). (Entered: 06/13/2023) |
| 06/13/2023 | 54 | REDACTED SUPERSEDING INDICTMENT by USA as to Dontavius Rashaun Sharkey. (kmp) Modified on 6/22/2023 to add superseding (mrc). (Entered: 06/13/2023) |
| 06/13/2023 | 55 | TEXT Minute Entry for proceedings held before Magistrate Judge William P. Kelly: Grand Jury Presentment as to Dontavius Rashaun Sharkey held on 6/13/2023. Not Secret. Text Order to be issued. Government requested detention. AUSA present MacKenzie Benson Tubbs. CRD: pll. Time in Court 12:42 p.m. – 12:51 p.m. (kmp) (Entered: 06/13/2023) |

| | | |
|---|---|---|
| 06/15/2023 | 56 | NOTICE *of Superseding Indictment* as to Dontavius Rashaun Sharkey re 54 Redacted Document. (Herrera, Kristin) (Entered: 06/15/2023) |
| 06/15/2023 | 57 | TEXT ORDER as to Dontavius Rashaun Sharkey. Arraignment set for 6/23/2023 at 01:30 PM in Des Moines – Room 455 – 4th Floor South before Magistrate Judge William P. Kelly Pursuant to Fed. R. Crim. P. 10(b), Defendant may waive personal appearance at the Arraignment on Superseding Indictment in writing, attesting that Defendant has received a copy of the Superseding Indictment and requesting entry of a plea of not guilty. If Defendant wishes to waive personal appearance, counsel should file the written waiver as soon as possible. If Defendant waives personal appearance, the Arraignment on Indictment will be held with counsel only and may be conducted by telephone as set forth by later Court Order.. Signed by Magistrate Judge William P. Kelly on 6/15/2023. (pll) (Entered: 06/15/2023) |
| 06/22/2023 | 58 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Dontavius Rashaun Sharkey (Causey, Jonathan) (Entered: 06/22/2023) |
| 06/22/2023 | 59 | TEXT ORDER re 58 Waiver of Presence at Arraignment filed by Dontavius Rashaun Sharkey. Defendant's Written Waiver of Personal Appearance at Arraignment and Plea of Not Guilty to the Counts listed in the Superseding Indictment are accepted. The Arraignment set for 1:30 on 6/23/2023 remains as set and will be held with counsel by telephone. Counsel shall call 1–877–411–9748 and enter code 1376500. Hearing will be held before Magistrate Judge William P. Kelly. Signed by Magistrate Judge William P. Kelly on 6/22/2023. (djs) (Entered: 06/22/2023) |
| 06/23/2023 | 60 | Minute Entry for proceedings held before Magistrate Judge William P. Kelly: Arraignment as to Dontavius Rashaun Sharkey (1) Count 1s,2s,3s,4s–5s,6s,7s,8s held on 6/23/2023. (Court Reporter FTR Gold.) (mrc) (Entered: 06/23/2023) |
| 07/21/2023 | 61 | LETTER from Dontavius Rashaun Sharkey. (tae) (Entered: 07/21/2023) |
| 08/14/2023 | 62 | Motion for Leave to File Overlength Brief *superseding indictment* as to Dontavius Rashaun Sharkey. Responses due by 8/21/2023. (Attachments: # 1 Brief in Support)(Causey, Jonathan) Modified on 8/18/2023 to correct motion type (kmp). (Entered: 08/14/2023) |
| 08/18/2023 | 63 | NOTICE *2nd Supplemental Authority* as to Dontavius Rashaun Sharkey (Attachments: # 1 Supplement 5th Circuit Daniels)(Causey, Jonathan) (Entered: 08/18/2023) |
| 08/23/2023 | 64 | RESPONSE in Opposition/Resistance by USA as to Dontavius Rashaun Sharkey re 62 MOTION for Leave to File Overlength Brief Replies due by 8/30/2023. (Herrera, Kristin) (Entered: 08/23/2023) |
| 08/25/2023 | 65 | NOTICE of Intent to Use Evidence as to Dontavius Rashaun Sharkey *404(b) Notice* (Herrera, Kristin) (Entered: 08/25/2023) |
| 08/29/2023 | 66 | REPLY TO RESPONSE to Motion by Dontavius Rashaun Sharkey re 62 MOTION for Leave to File Overlength Brief *Reply to Government's Resistance* (Causey, Jonathan) (Entered: 08/29/2023) |
| 08/29/2023 | 67 | TEXT ORDER granting 62 Motion for Leave to File Motion and Overlength Brief as to Dontavius Rashaun Sharkey. The Court notes the Government has responded 64 and Defendant has replied 66 to the proposed filing [62–1]. The Clerk shall detach and file the motion and brief [62–1]. Future dispositive motions should comply with LR 7(b)(3) to include a brief as an attachment to the motion. Future nondispositive motions such as a motion to file overlength brief should comply with LR 7(k) to include a statement of the other party's position or explanation of why the efforts to consult with the other party were unsuccessful. Signed by Chief Magistrate Judge Helen C. Adams on 8/29/2023. (k) (Entered: 08/29/2023) |
| 08/29/2023 | 68 | Motion to Dismiss Counts 1, 2, 3, 4, 5, 6, & 8 of Superseding Indictment on Constitutional Grounds as to Dontavius Rashaun Sharkey. Responses due by 9/5/2023. (kmp) (Entered: 08/29/2023) |
| 09/01/2023 | 69 | NOTICE *of Expert Witnesses* as to Dontavius Rashaun Sharkey (Attachments: # 1 Supplement Expert Notice)(Herrera, Kristin) (Entered: 09/01/2023) |

| 09/06/2023 | 70 | Fourth MOTION to Continue Trial as to Dontavius Rashaun Sharkey. Motions referred to Helen C. Adams. (Causey, Jonathan) (Entered: 09/06/2023) |
|---|---|---|
| 09/06/2023 | 71 | RESPONSE in Opposition/Resistance by USA as to Dontavius Rashaun Sharkey re 70 Fourth MOTION to Continue Trial Replies due by 9/13/2023. (Herrera, Kristin) (Entered: 09/06/2023) |
| 09/07/2023 | 72 | TEXT ORDER denying 70 Defendant's Resisted Motion to Continue Trial as to Dontavius Rashaun Sharkey. Trial shall remain set for October 2, 2023. This a firm trial date. Signed by Chief Judge Stephanie M. Rose on 9/7/2023. (mkh) (Entered: 09/07/2023) |
| 09/07/2023 | 73 | TEXT ORDER as to Dontavius Rashaun Sharkey. Due to a scheduling conflict with the Court's calendar, Final Pretrial Conference is RE–set for 9/22/2023 at 10:00 AM in Des Moines – Room 145 – 1st Floor South before Chief Judge Stephanie M. Rose. Signed by Chief Judge Stephanie M. Rose on 9/7/2023. (mkh) (Entered: 09/07/2023) |
| 09/08/2023 | 74 | NOTICE OF ATTORNEY APPEARANCE MacKenzie Benson Tubbs appearing for USA. (Tubbs, MacKenzie) (Entered: 09/08/2023) |
| 09/15/2023 | 81 | Withdrawal of Attorney MacKenzie Benson Tubbs as to Defendant Dontavius Rashaun Sharkey (Tubbs, MacKenzie) (Entered: 09/15/2023) |
| 09/15/2023 | 82 | NOTICE OF ATTORNEY APPEARANCE Adam J. Kerndt appearing for USA. (Kerndt, Adam) (Entered: 09/15/2023) |
| 09/18/2023 | 83 | First MOTION in Limine *Defense* as to Dontavius Rashaun Sharkey. Responses due by 9/25/2023. (Attachments: # 1 Brief in Support)(Causey, Jonathan) (Entered: 09/18/2023) |
| 09/18/2023 | 84 | First MOTION in Limine by USA as to Dontavius Rashaun Sharkey. Responses due by 9/25/2023. (Herrera, Kristin) (Entered: 09/18/2023) |
| 09/18/2023 | 85 | *SEALED* Second SEALED MOTION *In Limine* by USA as to Dontavius Rashaun Sharkey. Motions referred to Helen C. Adams. (Attachments: # 1 Exhibit GX1, # 2 Exhibit GX2)(Herrera, Kristin) (Entered: 09/18/2023) |
| 09/20/2023 | 86 | ORDER denying 68 Defendant's Motion to Dismiss. Defendant's Motion to Dismiss 40 is moot. See Order for details. Signed by Chief Judge Stephanie M. Rose on 9/20/2023. (mne) (Entered: 09/20/2023) |
| 09/22/2023 | 87 | Second MOTION in Limine *Defense* as to Dontavius Rashaun Sharkey. Responses due by 9/29/2023. (Causey, Jonathan) (Entered: 09/22/2023) |
| 09/22/2023 | 88 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Preliminary Final Pretrial Conference as to Dontavius Rashaun Sharkey held on 9/22/2023. (Court Reporter Kelli Mulcahy.) (mm) (Entered: 09/22/2023) |
| 09/22/2023 | 89 | TEXT ORDER granting by agreement of the parties 85 government's Second SEALED MOTION In Limine as to Dontavius Rashaun Sharkey. See ECF No. 88 . Signed by Chief Judge Stephanie M. Rose on 9/22/2023. (mkh) (Entered: 09/22/2023) |
| 09/22/2023 | 90 | TEXT ORDER SETTING FINAL PRETRIAL CONFERENCE as to Dontavius Rashaun Sharkey. Final Pretrial Conference is set for 9/29/2023 at 03:00 PM in Des Moines – Room 145 – 1st Floor South before Chief Judge Stephanie M. Rose. Signed by Chief Judge Stephanie M. Rose on 9/22/2023. (mkh) (Entered: 09/22/2023) |
| 09/22/2023 | 91 | Proposed Jury Instructions by USA as to Dontavius Rashaun Sharkey (Herrera, Kristin) (Entered: 09/22/2023) |
| 09/25/2023 | 92 | TRIAL BRIEF by Dontavius Rashaun Sharkey (Causey, Jonathan) (Entered: 09/25/2023) |
| 09/25/2023 | 93 | Proposed Jury Instructions by Dontavius Rashaun Sharkey (Causey, Jonathan) (Entered: 09/25/2023) |
| 09/25/2023 | 94 | TRIAL BRIEF by USA as to Dontavius Rashaun Sharkey (Attachments: # 1 Exhibit 227, # 2 Exhibit 229, # 3 Exhibit 503)(Herrera, Kristin) (Entered: 09/25/2023) |

| | | |
|---|---|---|
| 09/25/2023 | 95 | RESPONSE to Motion by USA as to Dontavius Rashaun Sharkey re 83 First MOTION in Limine *Defense*, 87 Second MOTION in Limine *Defense* Replies due by 10/2/2023. (Herrera, Kristin) (Entered: 09/25/2023) |
| 09/27/2023 | 97 | REPLY TO RESPONSE to Motion by Dontavius Rashaun Sharkey re 85 Second SEALED MOTION *In Limine Reply to Govt's Resistance to Def's MIL* (Causey, Jonathan) (Entered: 09/27/2023) |
| 09/27/2023 | 99 | EXHIBIT LIST *Defense* by Dontavius Rashaun Sharkey (Causey, Jonathan) (Entered: 09/27/2023) |
| 09/27/2023 | 100 | WITNESS LIST *Defense* by Dontavius Rashaun Sharkey (Causey, Jonathan) (Entered: 09/27/2023) |
| 09/27/2023 | 101 | EXHIBIT LIST *Defense Amended* by Dontavius Rashaun Sharkey (Causey, Jonathan) (Entered: 09/27/2023) |
| 09/27/2023 | 102 | WITNESS LIST by USA as to Dontavius Rashaun Sharkey (Herrera, Kristin) (Entered: 09/27/2023) |
| 09/27/2023 | 103 | WITNESS LIST *SEALED* by USA as to Dontavius Rashaun Sharkey (Herrera, Kristin) (Entered: 09/27/2023) |
| 09/27/2023 | 104 | EXHIBIT LIST by USA as to Dontavius Rashaun Sharkey (Herrera, Kristin) (Entered: 09/27/2023) |
| 09/28/2023 | 105 | Sealed Document as to Dontavius Rashaun Sharkey – Email correspondence with the Court re preliminary jury instructions and judicial voir dire. (mkh) (Entered: 09/28/2023) |
| 09/29/2023 | 106 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Preliminary Pretrial Conference as to Dontavius Rashaun Sharkey held on 9/29/2023. (Court Reporter Kelli Mulcahy.) (kmp) (Main Document 106 replaced on 10/3/2023 to correct scrivener's error (kmp). (Entered: 09/29/2023) |
| 09/30/2023 | 107 | EXHIBIT LIST *Amended* by Dontavius Rashaun Sharkey (Causey, Jonathan) (Entered: 09/30/2023) |
| 10/01/2023 | 108 | EXHIBIT LIST *Amended 10−1−23* by USA as to Dontavius Rashaun Sharkey (Herrera, Kristin) (Entered: 10/01/2023) |
| 10/01/2023 | 109 | WITNESS LIST *Amended 10−1−23* by USA as to Dontavius Rashaun Sharkey (Herrera, Kristin) (Entered: 10/01/2023) |
| 10/01/2023 | 110 | WITNESS LIST *Sealed Amended 10−1−23* by USA as to Dontavius Rashaun Sharkey (Herrera, Kristin) (Entered: 10/01/2023) |
| 10/01/2023 | 111 | WITNESS LIST *Defense Final* by Dontavius Rashaun Sharkey (Causey, Jonathan) (Entered: 10/01/2023) |
| 10/02/2023 | 112 | Sealed Document as to Dontavius Rashaun Sharkey – Email correspondence with the Court re parties witness and exhibit lists. (Attachments: # 1 Supplement, # 2 Supplement)(mkh) (Entered: 10/02/2023) |
| 10/02/2023 | 113 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Final Pretrial Conference as to Dontavius Rashaun Sharkey held on 10/2/2023. (Court Reporter Kelli Mulcahy.) (kmp) (Entered: 10/02/2023) |
| 10/02/2023 | 114 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Voir Dire – Day 1 of Jury Trial held on 10/2/2023 as to Dontavius Rashaun Sharkey. (Court Reporter Kelli Mulcahy.) (kmp) (Entered: 10/02/2023) |
| 10/02/2023 | 115 | Peremptory Challenges as to Dontavius Rashaun Sharkey (kmp) (Main Document 115 replaced on 10/3/2023 to remove blank pages) (mrc). (Entered: 10/02/2023) |
| 10/02/2023 | 116 | Preliminary Jury Instructions as to Dontavius Rashaun Sharkey. (kmp) (Entered: 10/02/2023) |
| 10/03/2023 | 119 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Jury Trial Day 2 as to Dontavius Rashaun Sharkey held on 10/3/2023. (Court Reporter Kelli |

| | | |
|---|---|---|
| | | Mulcahy.) (kmp) (Entered: 10/03/2023) |
| 10/04/2023 | 120 | Sealed Document as to Dontavius Rashaun Sharkey – Email correspondence with the Court re final jury instructions. (mkh) (Entered: 10/04/2023) |
| 10/04/2023 | 121 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Jury Trial – Day 3 as to Dontavius Rashaun Sharkey held on 10/4/2023. (Court Reporter Kelli Mulcahy.) (kmp) (Entered: 10/04/2023) |
| 10/04/2023 | 122 | ORAL MOTION for Judgment of Acquittal as to Dontavius Rashaun Sharkey. (kmp) (Entered: 10/04/2023) |
| 10/04/2023 | 123 | TEXT ORDER: For the reasons stated on the record during day three of the jury trial on October 4, 2023, the 122 Oral Motion for Judgment of Acquittal as to Dontavius Rashaun Sharkey is denied. Signed by Chief Judge Stephanie M. Rose on 10/4/2023. (kmp) (Entered: 10/04/2023) |
| 10/04/2023 | 124 | Final Jury Instructions as to Dontavius Rashaun Sharkey. (kmp) (Entered: 10/04/2023) |
| 10/05/2023 | 125 | Sealed Document as to Dontavius Rashaun Sharkey – Email correspondence with the Court re jury. (mkh) (Entered: 10/05/2023) |
| 10/05/2023 | 126 | Jury Question #1 with Answer of the Court to Jury Question as to Defendant Dontavius Rashaun Sharkey signed by Judge Chief Judge Stephanie M. Rose. (pll) (Entered: 10/05/2023) |
| 10/05/2023 | 127 | Sealed Jury Question/Note #1 and Court's Answer/Response as to Dontavius Rashaun Sharkey. (pll) (Entered: 10/05/2023) |
| 10/05/2023 | 128 | Jury Question/Note #2 and Court's Answer/Response as to Defendant(s) Dontavius Rashaun Sharkey signed by Judge Chief Judge Stephanie M. Rose. (pll) (Entered: 10/05/2023) |
| 10/05/2023 | 129 | Sealed Jury Question/Note #2 and Court's Answer/Response as to Dontavius Rashaun Sharkey. (pll) (Entered: 10/05/2023) |
| 10/05/2023 | 130 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Jury Trial as to Dontavius Rashaun Sharkey held on 10/5/2023. (Court Reporter Chelsey Wheeler.) (pll) (Entered: 10/05/2023) |
| 10/05/2023 | 131 | JURY VERDICT as to Dontavius Rashaun Sharkey (1) Guilty on Count 2s,3s,5s,6s,7s,8s Dontavius Rashaun Sharkey (1) Not Guilty on Count 1s,4s. (pll) (Entered: 10/05/2023) |
| 10/05/2023 | 132 | Sealed Verdict Form as to Dontavius Rashaun Sharkey. (pll) (Entered: 10/05/2023) |
| 10/05/2023 | 133 | JURY TRIAL EXHIBIT LIST as to Dontavius Rashaun Sharkey. (kmp) (Entered: 10/05/2023) |
| 10/05/2023 | 134 | JURY TRIAL WITNESS LIST as to Dontavius Rashaun Sharkey. (kmp) (Entered: 10/05/2023) |
| 10/05/2023 | 135 | TRIAL EXHIBITS RECEIVED by counsel for Government as to Dontavius Rashaun Sharkey. (kmp) (Entered: 10/05/2023) |
| 10/05/2023 | 136 | TRIAL EXHIBITS RECEIVED by counsel for the defendant as to Dontavius Rashaun Sharkey. (kmp) (Entered: 10/05/2023) |
| 10/05/2023 | 144 | *SEALED* ORDER FOR LUNCH as to Dontavius Rashaun Sharkey. Signed by Chief Judge Stephanie M. Rose on 10/5/2023. (pll) Modified on 11/16/2023 to correct file date (kmp). (Entered: 11/14/2023) |
| 10/06/2023 | 137 | Sealed Document as to Dontavius Rashaun Sharkey – Opening and Closing materials provided to the Court on 10/5/2023. (Attachments: # 1 Supplement, # 2 Supplement, # 3 Supplement)(mkh) (Entered: 10/06/2023) |
| 10/06/2023 | 138 | ORDER Concerning Presentence Investigation and Submission of Sentencing Materials as to Dontavius Rashaun Sharkey. Signed by Chief Judge Stephanie M. Rose on 10/6/2023. (mkh) (Entered: 10/06/2023) |

| 10/06/2023 | 139 | TEXT ORDER SETTING SENTENCING as to Dontavius Rashaun Sharkey. Sentencing is set for 2/7/2024 at 10:00 AM in Des Moines – Room 145 – 1st Floor South before Chief Judge Stephanie M. Rose. Signed by Chief Judge Stephanie M. Rose on 10/6/2023. (mkh) (Entered: 10/06/2023) |
|---|---|---|
| 10/10/2023 | 140 | ELECTRONIC EXHIBITS *Government Trial Exhibits* as to Dontavius Rashaun Sharkey (Attachments: # 1 Exhibit 1, # 2 Exhibit 2A, # 3 Exhibit 2B, # 4 Exhibit 2C, # 5 Exhibit 2D, # 6 Exhibit 2E, # 7 Exhibit 2F, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 5A, # 12 Exhibit 5B, # 13 Exhibit 5C, # 14 Exhibit 7, # 15 Exhibit 8, # 16 Exhibit 9, # 17 Exhibit 10, # 18 Exhibit 100, # 19 Exhibit 100A, # 20 Exhibit 100B, # 21 Exhibit 100C, # 22 Exhibit 100D, # 23 Exhibit 100E, # 24 Exhibit 100F, # 25 Exhibit 100G, # 26 Exhibit 100H, # 27 Exhibit 100I, # 28 Exhibit 100J, # 29 Exhibit 100K, # 30 Exhibit 100L, # 31 Exhibit 100M, # 32 Exhibit 100N, # 33 Exhibit 100O, # 34 Exhibit 100P, # 35 Exhibit 100Q, # 36 Exhibit 100R, # 37 Exhibit 101, # 38 Exhibit 101A, # 39 Exhibit 101B, # 40 Exhibit 101C, # 41 Exhibit 101D, # 42 Exhibit 101E, # 43 Exhibit 101F, # 44 Exhibit 101G, # 45 Exhibit 101H, # 46 Exhibit 102, # 47 Exhibit 102A, # 48 Exhibit 102B, # 49 Exhibit 102C, # 50 Exhibit 102D, # 51 Exhibit 102E, # 52 Exhibit 102F, # 53 Exhibit 102G, # 54 Exhibit 102H, # 55 Exhibit 107, # 56 Exhibit 108, # 57 Exhibit 108A, # 58 Exhibit 108B, # 59 Exhibit 108C, # 60 Exhibit 109, # 61 Exhibit 109A, # 62 Exhibit 109B, # 63 Exhibit 110, # 64 Exhibit 110A, # 65 Exhibit 110B, # 66 Exhibit 110C, # 67 Exhibit 111, # 68 Exhibit 111A, # 69 Exhibit 111B, # 70 Exhibit 200, # 71 Exhibit 201, # 72 Exhibit 202, # 73 Exhibit 203, # 74 Exhibit 203A, # 75 Exhibit 204, # 76 Exhibit 205, # 77 Exhibit 206, # 78 Exhibit 207, # 79 Exhibit 208, # 80 Exhibit 209, # 81 Exhibit 210, # 82 Exhibit 211, # 83 Exhibit 212, # 84 Exhibit 212A, # 85 Exhibit 213, # 86 Exhibit 213A, # 87 Exhibit 214, # 88 Exhibit 214A, # 89 Exhibit 215, # 90 Exhibit 216, # 91 Exhibit 216A, # 92 Exhibit 217, # 93 Exhibit 217A, # 94 Exhibit 218, # 95 Exhibit 218A, # 96 Exhibit 219, # 97 Exhibit 219A, # 98 Exhibit 220, # 99 Exhibit 221, # 100 Exhibit 221A, # 101 Exhibit 222, # 102 Exhibit 222A, # 103 Exhibit 223, # 104 Exhibit 223A, # 105 Exhibit 224, # 106 Exhibit 224A, # 107 Exhibit 225, # 108 Exhibit 225A, # 109 Exhibit 226, # 110 Exhibit 226A, # 111 Exhibit 226B, # 112 Exhibit 226C, # 113 Exhibit 227, # 114 Exhibit 228, # 115 Exhibit 228A, # 116 Exhibit 228B, # 117 Exhibit 228C, # 118 Exhibit 228D, # 119 Exhibit 229)(Herrera, Kristin) (Additional attachment(s) added on 10/11/2023: # 120 Exhibit 9A) (kmp). (Entered: 10/10/2023) |
| 10/10/2023 | 141 | ELECTRONIC EXHIBITS *Government's Trial Exhibits* as to Dontavius Rashaun Sharkey (Attachments: # 1 Exhibit 300, # 2 Exhibit 301, # 3 Exhibit 302, # 4 Exhibit 303, # 5 Exhibit 304, # 6 Exhibit 305, # 7 Exhibit 306, # 8 Exhibit 307, # 9 Exhibit 308, # 10 Exhibit 309, # 11 Exhibit 310, # 12 Exhibit 311, # 13 Exhibit 312, # 14 Exhibit 313, # 15 Exhibit 314, # 16 Exhibit 315, # 17 Exhibit 316, # 18 Exhibit 317, # 19 Exhibit 318, # 20 Exhibit 319, # 21 Exhibit 320, # 22 Exhibit 321, # 23 Exhibit 322, # 24 Exhibit 323, # 25 Exhibit 324, # 26 Exhibit 325, # 27 Exhibit 326, # 28 Exhibit 327, # 29 Exhibit 328, # 30 Exhibit 329, # 31 Exhibit 330, # 32 Exhibit 331, # 33 Exhibit 332, # 34 Exhibit 333, # 35 Exhibit 334, # 36 Exhibit 335, # 37 Exhibit 336, # 38 Exhibit 337, # 39 Exhibit 338, # 40 Exhibit 339, # 41 Exhibit 340, # 42 Exhibit 341, # 43 Exhibit 342, # 44 Exhibit 343, # 45 Exhibit 344, # 46 Exhibit 345, # 47 Exhibit 346, # 48 Exhibit 347, # 49 Exhibit 348, # 50 Exhibit 349, # 51 Exhibit 350, # 52 Exhibit 351, # 53 Exhibit 351A, # 54 Exhibit 352, # 55 Exhibit 353, # 56 Exhibit 354, # 57 Exhibit 355, # 58 Exhibit 356, # 59 Exhibit 357, # 60 Exhibit 357A, # 61 Exhibit 357B, # 62 Exhibit 358, # 63 Exhibit 359, # 64 Exhibit 360, # 65 Exhibit 361, # 66 Exhibit 362, # 67 Exhibit 363, # 68 Exhibit 364, # 69 Exhibit 365, # 70 Exhibit 366, # 71 Exhibit 367, # 72 Exhibit 368, # 73 Exhibit 369, # 74 Exhibit 370, # 75 Exhibit 371, # 76 Exhibit 372, # 77 Exhibit 373, # 78 Exhibit 374, # 79 Exhibit 375, # 80 Exhibit 376A, # 81 Exhibit 376B, # 82 Exhibit 378, # 83 Exhibit 379, # 84 Exhibit 380, # 85 Exhibit 381, # 86 Exhibit 382, # 87 Exhibit 383, # 88 Exhibit 384, # 89 Exhibit 400, # 90 Exhibit 401, # 91 Exhibit 402, # 92 Exhibit 405A, # 93 Exhibit 407, # 94 Exhibit 408, # 95 Exhibit 500, # 96 Exhibit 501, # 97 Exhibit 502, # 98 Exhibit 503, # 99 Exhibit 504, # 100 Exhibit 505, # 101 Exhibit 506, # 102 Exhibit 507, # 103 Exhibit 508, # 104 Exhibit 509, # 105 Exhibit 510, # 106 Exhibit 511, # 107 Exhibit 512, # 108 Exhibit 513, # 109 Exhibit 514, # 110 Exhibit 515, # 111 Exhibit 516, # 112 Exhibit 517, # 113 Exhibit 518, # 114 Exhibit 519, # 115 Exhibit 520, # 116 Exhibit 521, # 117 Exhibit 522, # 118 Exhibit 523, # 119 Exhibit 524, # 120 Exhibit 525, # 121 Exhibit 526, # 122 Exhibit 527, # 123 Exhibit 528, # 124 Exhibit 600A, # 125 Exhibit 600B, # 126 Exhibit 601A, # 127 Exhibit 601B, # 128 Exhibit 700, # 129 Exhibit 701, # 130 Exhibit 800, # 131 Exhibit 801, # 132 Exhibit |

| | | |
|---|---|---|
| | | 802, # 133 Exhibit 805)(Herrera, Kristin) (Entered: 10/10/2023) |
| 10/10/2023 | 142 | ELECTRONIC EXHIBITS *Government's SEALED Trial Exhibits* as to Dontavius Rashaun Sharkey (Attachments: # 1 Exhibit 7A, # 2 Exhibit 204A, # 3 Exhibit 351B, # 4 Exhibit 351C, # 5 Exhibit 403, # 6 Exhibit 404, # 7 Exhibit 405, # 8 Exhibit 406)(Herrera, Kristin) (Entered: 10/10/2023) |
| 10/18/2023 | 143 | ELECTRONIC EXHIBITS *Trial Defense* as to Dontavius Rashaun Sharkey (Attachments: # 1 Exhibit Exhibits G–I mp4s placeholder, # 2 Exhibit L_Marissa Facebook Profile Screen.pdf, # 3 Exhibit M_Marissa Safe.pdf, # 4 Exhibit N_Marissa Safe Open.pdf, # 5 Exhibit O_.22 Cal 1BH516722 purchased 3.18.22.pdf, # 6 Exhibit P_SW 9mm FEB2980 purchased 12.14.22.pdf, # 7 Exhibit Q_Keano Brown 11.2.22.pdf, # 8 Exhibit S_Boarding Pass Tyran Locure.pdf, # 9 Exhibit T_Locure luggage with 9mm Luger casing.pdf, # 10 Exhibit U_Bottom of 9mm Luger casing from Locure luggage.pdf, # 11 Exhibit V_Close up of Locure 9mm Luger casing.pdf, # 12 Exhibit X_Terrance Bush Facebook Profile.pdf, # 13 Exhibit Y_Terrance Bush FB Photo 9.10.2022.pdf, # 14 Exhibit Z_Terrance Bush FB Photo 4.6.2023.pdf)(Causey, Jonathan) (Entered: 10/18/2023) |
| 11/27/2023 | 145 | First MOTION for Extension *of Filing Objections to PSR* as to Dontavius Rashaun Sharkey. Motions referred to Helen C. Adams. Responses due by 12/4/2023. (Causey, Jonathan) (Entered: 11/27/2023) |
| 11/27/2023 | 146 | TEXT ORDER granting 145 Unresisted Motion for Extension of Time to File PSR Objections as to Dontavius Rashaun Sharkey. Defendant may have to and including 12/29/2023 to file objections to the PSR. Signed by Chief Magistrate Judge Helen C. Adams on 11/27/2023. (k) (Entered: 11/27/2023) |
| 12/04/2023 | 147 | PRESENTENCE INVESTIGATION REPORT DRAFT (Sealed) as to Dontavius Rashaun Sharkey (Attachments: # 1 DEFENSE First Letters, # 2 GOVERNMENT First Letters)(Peterson, Laura) (Entered: 12/04/2023) |
| 12/18/2023 | 148 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 147 as to Dontavius Rashaun Sharkey. (Herrera, Kristin) (Entered: 12/18/2023) |
| 12/27/2023 | 149 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 147 as to Dontavius Rashaun Sharkey. (Causey, Jonathan) (Entered: 12/27/2023) |
| 01/16/2024 | 150 | NOTICE *Regarding Administrative Forfeiture and Parallel Forfeiture* as to Dontavius Rashaun Sharkey (Gaumer, Craig) (Entered: 01/16/2024) |
| 01/26/2024 | 151 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Dontavius Rashaun Sharkey (Hauf, Kari) (Entered: 01/26/2024) |
| 01/31/2024 | 152 | SENTENCING MEMORANDUM/BRIEF by USA as to Dontavius Rashaun Sharkey (Attachments: # 1 Exhibit GX1, # 2 Exhibit GX2, # 3 Exhibit GX3, # 4 Exhibit GX4, # 5 Exhibit GX5, # 6 Exhibit GX6, # 7 Exhibit GX7, # 8 Exhibit GX8A, # 9 Exhibit Placeholder GX8B and 8C)(Herrera, Kristin) (Entered: 01/31/2024) |
| 02/01/2024 | 153 | *SEALED* SENTENCING MEMORANDUM/BRIEF by Dontavius Rashaun Sharkey (Attachments: # 1 Exhibit A. Sharkey Statement, # 2 Exhibit N. Clark Email 6/1/2023, # 3 Exhibit T. Johnson Email 12/20/2023, # 4 Exhibit USSCs Amendment to the Sentencing Guidelines, # 5 Exhibit USSCs Memorandum)(Causey, Jonathan) (Entered: 02/01/2024) |
| 02/07/2024 | 154 | Minute Entry for proceedings held before Chief Judge Stephanie M. Rose: Sentencing held on 2/7/2024 for Dontavius Rashaun Sharkey (1), 360 months of incarceration comprised of 180 months as to each of Counts Two, Three, and Five, to be served concurrently, plus 180 months as to Count Six, 120 months as to Count Seven, and 60 months as to Count Eight of the Superseding Indictment, witheach of Counts Six, Seven, and Eight to be served concurrently to one another and consecutively to the sentences imposed as to Counts Two, Three, and Fiveof SDIA 4:22–cr–00176–SMR–HCA–1. This sentence shall also run consecutively with 24 months imprisonment as to the supervised release revocation forSDIA Docket Number 4:16–cr–00100–001. A Three–year term of supervised release to follow as to of Counts Two, Three, Five, Six, Seven, and Eight of the Superseding Indictment in IASD 4:22–cr–00176–SMR–HCA–1, to be served concurrently. $600 Special Assessment. (Court Reporter Kelli Mulcahy.) (pll) (Additional attachment(s) added on |

| | | |
|---|---|---|
| | | 2/8/2024: # 1 Exhibits List) (pll). Modified on 2/14/2024 – corrected date of the hearing (rm). (Entered: 02/08/2024) |
| 02/07/2024 | 155 | JUDGMENT IN A CRIMINAL CASE as to Dontavius Rashaun Sharkey (1), 360 months of incarceration comprised of 180 months as to each of Counts Two, Three, and Five, to be served concurrently, plus 180 months as to Count Six, 120 months as to Count Seven, and 60 months as to Count Eight of the Superseding Indictment, with each of Counts Six, Seven, and Eight to be served concurrently to one another and consecutively to the sentences imposed as to Counts Two, Three, and Five of SDIA 4:22–cr–00176–SMR–HCA–1. This sentence shall also run consecutively with 24 months imprisonment as to the supervised release revocation for SDIA Docket Number 4:16–cr–00100–001. A Three–year term of supervised release to follow as to of Counts Two, Three, Five, Six, Seven, and Eight of the Superseding Indictment in IASD 4:22–cr–00176–SMR–HCA–1, to be served concurrently. $600 Special Assessment. Signed by Chief Judge Stephanie M. Rose on 2/7/2024. (pll) (Entered: 02/08/2024) |
| 02/07/2024 | 156 | Sealed Judgment as to Dontavius Rashaun Sharkey. (pll) (Entered: 02/08/2024) |
| 02/14/2024 | 157 | NOTICE OF APPEAL by Dontavius Rashaun Sharkey. (Causey, Jonathan) (Entered: 02/14/2024) |
| 02/14/2024 | 158 | NOTIFICATION OF APPEAL and NOA Supplement by District Court Clerk to USCA as to Dontavius Rashaun Sharkey re 157 Notice of Appeal – Final Judgment filed on 2/14/2024 (bp) (Entered: 02/14/2024) |

AO 245B (Rev. 09/19)    Judgment in a Criminal Case

v1                Sheet 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| | ) | |
| DONTAVIUS RASHAUN SHARKEY | ) | Case Number:  4:22-cr-00176-001 |
| | ) | USM Number:  17571-030 |
| | ) | |
| | ) | Jonathan Marshall Causey |
| | ) | Defendant's Attorney |

### THE DEFENDANT:

☐ pleaded guilty to count(s) ___

☐ pleaded nolo contendere to count(s) ___
   which was accepted by the court.

☑ was found guilty on count(s)   Two, Three, Five, Six, Seven, and Eight of the Superseding Indictment filed on June 13, 2023.
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section [?] | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 932(b)(1), 932(c)(1) | Straw Purchasing Conspiracy | 07/26/2022 | Two |
| | | | |
| 18 U.S.C. §§ 922(g)(1), 924(a)(8) | Felon in Possession of a Firearm | 07/26/2022 | Three |

☑ See additional count(s) on page 2

The defendant is sentenced as provided in pages  3  through  8  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s)   One and Four

☐ Count(s) ___  ☐ is  ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 7, 2024
Date of Imposition of Judgment

_Stephanie M. Rose_
Signature of Judge

Stephanie M. Rose, Chief U.S. District Judge
Name of Judge                    Title of Judge

February 7, 2024
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case

v1                         Sheet 1A

DEFENDANT:  DONTAVIUS RASHAUN SHARKEY                    Judgment Page: 2 of 8
CASE NUMBER:  4:22-cr-00176-001

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section ? | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 932(b)(1), 932(c)(1) | Straw Purchasing Conspiracy | 08/15/2022 | Five |
| 18 U.S.C. §§ 922(g)(1), 924(a)(8) | Felon in Possession of a Firearm | 11/02/2022 | Six |
| 18 U.S.C. §§ 922(o), 924(a)(2) | Illegal Possession of a Machinegun | 11/02/2022 | Seven |
| 18 U.S.C. §§ 922(k), 924(a)(1)(B) | Possession of a Firearm with Obliterated Serial Number | 11/02/2022 | Eight |

DEFENDANT:  DONTAVIUS RASHAUN SHARKEY
CASE NUMBER:  4:22-cr-00176-001

Judgment Page: 3 of 8

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

360 months, comprised of 180 months as to each of Counts Two, Three, and Five, to be served concurrently, plus 180 months as to Count Six, 120 months as to Count Seven, and 60 months as to Count Eight of the Superseding Indictment filed on June 13, 2023, with each of Counts Six, Seven, and Eight to be served concurrently to one another and consecutively to the sentences imposed as to Counts Two, Three, and Five. This sentence shall also run consecutively to the supervised release revocation for Southern District of Iowa Docket Number 4:16-cr-00100-001.

☑   The court makes the following recommendations to the Bureau of Prisons:

The defendant be designated at FCI Oxford if commensurate with his security and classification needs and be afforded the opportunity to participate in programing for mental health treatment.

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at _____   ☐ a.m.   ☐ p.m.   on _____

☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before            on _____

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____  to  _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
v1                     Sheet 3 — Supervised Release

DEFENDANT:  DONTAVIUS RASHAUN SHARKEY                    Judgment Page: 4 of 8
CASE NUMBER: 4:22-cr-00176-001

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

Three years as to each of Counts Two, Three, Five, Six, Seven, and Eight of the Superseding Indictment filed on June 13, 2023, to be served concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*)
   as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT:  DONTAVIUS RASHAUN SHARKEY                                      Judgment Page: 5 of 8
CASE NUMBER:  4:22-cr-00176-001

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
v1                     Sheet 3D — Supervised Release

DEFENDANT:  DONTAVIUS RASHAUN SHARKEY                           Judgment Page: 6 of 8
CASE NUMBER: 4:22-cr-00176-001

## SPECIAL CONDITIONS OF SUPERVISION

You must participate in a program of testing and/or treatment for substance abuse, as directed by the Probation Officer, until such time as the defendant is released from the program by the Probation Office. At the direction of the probation office, you must receive a substance abuse evaluation and participate in inpatient and/or outpatient treatment, as recommended. Participation may also include compliance with a medication regimen. You will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third-party payment. You must not use alcohol and/or other intoxicants during the course of supervision.

You must submit to a mental health evaluation. If treatment is recommended, you must participate in an approved treatment program and abide by all supplemental conditions of treatment.  Participation may include inpatient/outpatient treatment and/or compliance with a medication regimen. You will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third-party payment.

You must participate in a cognitive behavioral treatment program, which may include journaling and other curriculum requirements, as directed by the U.S. Probation Officer.

You shall not knowingly associate or communicate with any member of the C-Block criminal street gang, or any other criminal street gang.

You will submit to a search of your person, property, residence, adjacent structures, office, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), and other electronic communications or data storage devices or media, conducted by a U.S. Probation Officer. Failure to submit to a search may be grounds for revocation. You must warn any other residents or occupants that the premises and/or vehicle may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your release and/or that the area(s) or item(s) to be searched contain evidence of this violation or contain contraband. Any search must be conducted at a reasonable time and in a reasonable manner.  This condition may be invoked with or without the assistance of law enforcement, including the U.S. Marshals Service.

DEFENDANT:  DONTAVIUS RASHAUN SHARKEY
CASE NUMBER:  4:22-cr-00176-001

Judgment Page: 7 of 8

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

☐  Pursuant to 18 U.S.C. § 3573, upon the motion of the government, the Court hereby remits the defendant's Special Penalty Assessment; the fee is waived and no payment is required.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 600.00 | $0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐  The determination of restitution is deferred until _____.  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | $0.00 | $0.00 | |

☐  Restitution amount ordered pursuant to plea agreement   $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐  the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Appellate Case: 24-1294   Page: 21   Date Filed: 02/14/2024 Entry ID: 5363520

AO 245B (Rev. 09/19)   Judgment in a Criminal Case

v1          Sheet 6 — Schedule of Payments

Judgment Page: 8 of 8

DEFENDANT:  DONTAVIUS RASHAUN SHARKEY
CASE NUMBER:  4:22-cr-00176-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ 600.00          due immediately, balance due

☐ not later than          , or
☑ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C,      ☐ D, or      ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary payments are to be made to:
Clerk's Office, United States District Court, P.O. Box 9344, Des Moines, IA 50306-9344.

While on supervised release, you shall cooperate with the United States Probation Office in developing a monthly payment plan,
which shall be subject to the approval of the Court, consistent with a schedule of allowable expenses provided by the United
States Probation Office.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
the period of imprisonment.  All crimnal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Case Number
Defendant and Co-Defendant Names          Joint and Several          Corresponding Payee,
*(including defendant number)*          Total Amount          Amount          if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment,
(5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of
prosecution and court costs.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

**NOTICE OF APPEAL**

Date: _2/14/24_    Case No: _4 : 22 - CR - 176_

Case Caption: _United States vs. Dontavius Sharkey_

Notice is hereby given that _Dontavius Sharkey_ appeals to the:

[X] US Court of Appeals for the Eighth Circuit    [ ] IASD District Court Judge

from the Judgment/Order entered in this action on _2/7/24_ .

**Transcript Order Form:**

Please prepare a transcript of:

[ ] Plea Hearing        [X] Sentencing        [ ] Trial

[ ] Other Hearing(s) on _____

I am not ordering a transcript because: _____

*Reminder: CJA counsel will need to complete the AUTH 24 form in CJA eVoucher.

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the U.S. District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of the cost(s) of transcript(s) ordered have been made with the court reporter (Fed Rule App Proc 10(b)).

Attorney/Party Signature: _____    Date: _2/14/24_

Address: _2213 Grand Ave., Des Moines, IA 50312_

Phone Number: _515-381-0168_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

# Notice of Appeal Supplement

Case Name: __Unifed States__ vs. __Dontavius Sharkey__

District Court Case Number: __4:22 - CR - 176__

Appeal Fee (505.00) Status: Pd ____ IFP _X_ Pending ____ Government Appeal ____

Counsel: Appointed ____ CJA _X_ Retained ____ Pro Se ____ Pro Bono ____ FPD ____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel _X_ Pro Se ____

Any reason why counsel should not be appointed: __No__

Certificate of Appealability: Denied ____ Granted ____ Not Issue _X_

Pending post Judgment motions: Yes ____ No _X_

If so, type of motion(s) and docket entry number:

_____

High Public Interest Case: Yes ____ No _X_

Simultaneous Opinion release Requested: Yes ____ No _X_

Trial Held: Bench ____ Jury _X_ No ____

Court Reporter: Yes _X_ No ____

Reporter's Name: __Kelli Mulcahy__

Appealing: Order prior to final judgment ____ or final judgment _X_

***File this form with the Notice of Appeal***

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

# Notice of Appeal Supplement

Case Name: _____ vs. _____

District Court Case Number: _____

Appeal Fee (505.00) Status:  Pd _____ IFP _____ Pending _____ Government Appeal _____

Counsel: Appointed _____ CJA _____ Retained _____ Pro Se _____ Pro Bono _____ FPD _____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel _____ Pro Se _____

Any reason why counsel should not be appointed: _____

Certificate of Appealability: Denied _____ Granted _____ Not Issue _____

Pending post Judgment motions: Yes _____ No _____

If so, type of motion(s) and docket entry number:

_____

High Public Interest Case: Yes _____ No _____

Simultaneous Opinion release Requested: Yes _____ No _____

Trial Held: Bench _____ Jury _____ No _____

Court Reporter: Yes _____ No _____

Reporter's Name: _____

Appealing: Order prior to final judgment ___ or final judgment _____

***File this form with the Notice of Appeal***