IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff-Appellee, | ) | No. 24-1294 |
| v. | ) | **APPELLANT'S 1ST REQUEST FOR EXTENSION OF TIME IN WHICH TO FILE APPELLANT BRIEF (Unresisted)** |
| DONTAVIUS R. SHARKEY, | ) | |
| Defendant-Appellant. | ) | |

**COMES NOW** Jonathan M. Causey of Causey & Ye Law, PLLC, on behalf of the Appellant herein, and requests a 30-day extension of the deadline within which to file the Appellant's Brief to 5/8/2024, and in support thereof, states as follows:

1. This request is not resisted by AUSA Kristin Herrera.

2. This is the undersigned's first appeal with the 8th Circuit, and as such, there is a steep learning curve.

3. Additionally, the undersigned was involved in a federal civil trial recently where post-trial motions are now due on 4/8/2024, which is the same day that the Appellant's Brief is due herein.

4. And the undersigned has cases he must be physically present for in Minnesota over the next two weeks, requiring travel and time away from his Iowa office.

1

5. Mr. Sharkey is currently in custody. He is to serve a minimum of 2 years on his supervised release violation. So, he will not be prejudiced by this request for an extension, and he agrees with this request.

**WHEREFORE,** the Defense respectfully requests a 30-day extension of the deadline within which to file the Appellant's Brief, making Appellant's Brief due on 5/8/2024, and an extension of all other related deadlines.

**CAUSEY & YE LAW, P.L.L.C.**

/s/Jonathan M. Causey

Jonathan M. Causey AT0012248
2213 Grand Avenue
Des Moines, IA 50312
(p) 515-381-0168
(f) 515-214-1434
(e) Jon@CauseyYeLawGroup.com
**CJA COUNSEL FOR APPELLANT**

Filed CM/ECF

**NOTICE OF ELECTRONIC FILING**

Notice of Electronic Filing is sent through the CM/ECF electronic document management system to all registered filers for the above-mentioned matter. A review of the filers in this matter indicates all necessary parties have been or will be served. Any unregistered filer will be served with a written copy and so noted in a Certificate of Service.

By: /s/ Jonathan M. Causey
Jonathan M. Causey

Date: March 29, 2024.

# **CERTIFICATE OF COMPLIANCE**

Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

This document complies with the type-volume, type-face, type-style, and word limit of Fed. R. App. P. 27(d)(1) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it is double spaced, uses 14-Point Times New Roman Font, is proportionally spaced, and contains 202 words.

**CAUSEY & YE LAW, P.L.L.C.**

_____/s/Jonathan M. Causey

Jonathan M. Causey AT0012248
2213 Grand Avenue
Des Moines, IA 50312
(p) 515-381-0168
(f)  515-214-1434
(e) Jon@CauseyYeLawGroup.com
**CJA COUNSEL FOR APPELLANT**

Date: March 29, 2024.