# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Jonathan Marshall Causey
**CC:** Kristin Herrera
Adam Kerndt
Dontavius Rashaun Sharkey

**FROM:** Britny N. Williams

**DATE:** May 08, 2024

**RE:** 24-1294 United States v. Dontavius Sharkey

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

   X    Chief Judge Stephanie M. Rose is misspelled on the cover page.

   X    All pages prior to the jurisdictional statement do not count towards the word count of the brief and should be numbered using lowercase Roman numerals. The jurisdictional statement counts towards the word count of the brief and should be numbered using Arabic numeral 1. Also, correct the table of contents to reflect the change.

   X    STATEMENT OF ISSUES IS INCOMPLETE. See 8th Cir. R. 28A(i)(2).
       X    most apposite cases not listed. Please list at least one apposite case for issue III.

   X    For exhibits that are available electronically, please add the district court docket number that the exhibits can be found at. Example- Instead of (Government Exh. 502), use (R. Doc. 141), (Government Exh. 502). For ease of court, please mail in 3 copies of exhibits referenced in the brief that are not available on the district court's docket. For example, exhibit 100 is a disc and will need to be mailed to the court.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.